UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-120 MJD/JGL

United States of America,

Plaintiff,

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

Taa-Lib Mustafa Al-Amin,
*also known as Lorenzo Cosey*

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: February 14, 2008

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge